# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES MCNAIR,

    Plaintiff,

v.

LISA WALSH, *et al.,*

    Defendant.

CASE NO.: 3:15-CV-00017-RCJ-WGC

**ORDER**

    Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF No. 35[1]) entered on April 25, 2017, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 28). On May 15, 2017, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 39). On May 30, 2017, Defendants filed a Response to Plaintiff's Objections (ECF No. 45).

    The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF No. 35) entered on April 25, 2017, should be ADOPTED AND ACCEPTED.

    IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 28) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close the case.

    IT IS SO ORDERED this 21st day of June, 2017.

    _____
    ROBERT C. JONES

---

[1] Refers to court's docket number.